# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America )
v. )
CHRISTOPHER LAMPKINS )
) Case No: 1:07CR00010-001
) USM No: 08435-028
Date of Original Judgment: 02/28/2008 )
Date of Previous Amended Judgment: ) Sara Varner
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  211 (151 on Ct. 1)  months **is reduced to**  181 (121 months on Ct. 1)  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The total sentence is reduced to 181 months, that is, 121 months on Count 1 and 60 months on Count 2, to be served consecutively.

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated  02/28/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  November 26, 2018

*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable , Chief Judge
*Printed name and title*